FILED

Oct 15  3 49 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABCO REFRIGERATION SUPPLY CORP., | CIVIL ACTION |
| Plaintiff, | No. 302CV1893 (PCD) |
| v. | |
| DSM, INC. and MARTHA L. PELLECCHIA, | |
| Defendants. | |

**PLAINTIFF'S REQUEST TO ENTER JUDGMENT BY DEFAULT**

I, Thomas J. Finn, submit this affidavit in support of the Plaintiff's request to enter a judgment by default against the Defendants DSM, Inc. ("DSM") and Martha L. Pellecchia ("Pellecchia") (collectively, "Defendants").

1. I am over the age of eighteen (18) years and understand the meaning and obligations of an oath, and am an attorney with the firm of Halloran & Sage LLP.

2. Halloran & Sage LLP has represented the Plaintiff, ABCO Refrigeration Supply Corp. ("ABCO" or "Plaintiff") in this action against Defendants since the inception of the action.

3. This Court has jurisdiction because the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

4. As set forth in the affidavits of service heretofore filed, Defendants were

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

served with the summons and complaint and application for a prejudgment remedy on December 18, 2002. (Copy of the affidavit of service for Defendants is annexed hereto as Exhibit "A").

5. Upon Defendants' failure to disclose their assets, ABCO moved to compel their disclosure. As set forth in the application for attorneys' fees heretofore filed, ABCO is seeking attorneys' fees and disbursements totaling $2,702.89.

6. Defendants have not answered or otherwise moved with respect to the complaint and their default was entered by the Court on September 29, 2003.

7. Defendants were served with the Plaintiff's Motion to Compel Disclosure of Assets, Supporting Memorandum of Law and Affidavit of Christopher Parent on June 16, 2003. There was no response and the 21 day period in which to respond lapsed.

8. Defendants were also personally served with Plaintiff's Application for Attorneys' Fees, Ruling on Motion to Compel Disclosure of Assets and Affidavits in Support thereof on August 23, 2003. Defendants failed to appear or otherwise defend despite the Court's order to show cause by September 12, 2003.

9. The action against Defendants is based, inter alia, on DSM's failure to pay ABCO for refrigeration and air-conditioning equipment ABCO delivered to DSM and Pellecchia's breach of a personal guaranty guaranteeing payment for all refrigeration and air conditioning equipment ABCO sold and invoiced to DSM.

10. By written contract dated July 25, 1994, DSM agreed to pay ABCO for refrigeration and air-conditioning equipment, supplied by ABCO to DSM, no later than

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the tenth day of the month following the month in which any invoice was issued by ABCO to DSM. In the event payment was not made, interest at the rate of 2% per month would be charged on all past due invoices.

11. On, about or between January 18, 1999 and January 8, 2002, ABCO sold to DSM refrigeration and air conditioning equipment with the reasonable value of $84,356.04. ABCO delivered the refrigeration and air-conditioning equipment to DSM and invoiced DSM for the equipment.

12. DSM failed to pay ABCO for the refrigeration and air conditioning equipment and ABCO sought payment from Pellecchia pursuant to her personal guaranty. Pellecchia did not pay ABCO.

13. Defendants are therefore indebted to ABCO in the amount of $84,356.04 for the reasonable value of the refrigeration and air conditioning equipment.

14. As a result thereof, ABCO was damaged in the sum of $84,356.04 with interest at the contract rate from January 8, 2002 together with attorneys' fees and disbursements in the amount of $2,702.89.

15. Pellecchia is not an infant or incompetent. Pellecchia is not presently in the military service of the United States as appears in the Military Status Report from the Department of Defense Manpower Data Center, annexed hereto as Exhibit "B."

WHEREFORE, plaintiff ABCO Refrigeration Supply Corp., requests that judgment be entered in favor of plaintiff and against defendants DSM, Inc. and Martha Pellecchia, jointly and severally, on each cause of action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief; that the amount claimed is justly due and owing to plaintiff; that no part thereof has been paid; and, that the disbursements sought to be taxed have been made in this action, or will necessarily be made or included in this action.

Dated: Hartford, Connecticut
October 15, 2003

Thomas J. Finn
CT 20929

474083

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 15th day of October, 2003, I hereby mailed a copy of the foregoing to:

Anthony Pellechia
DSM, Inc.
P.O. Box 913
26 Soap Street
Dayville, Connecticut 06241-0913

Martha L. Pellechia
151 Geer Road
Danielson, Connecticut 06239

Daniel Chiu
Tarter, Krinsky & Drogin, LLP
470 Parker Avenue South
14th Floor
New York, New York 10016

Brian D. Rich

473536v1

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

STATE OF CONNECTICUT)
                           ) S.S: KILLINGLY, DECEMBER 19, 2002
COUNTY OF WINDHAM  )

RE: ABCO REFRIGERATION SUPPLY CORP VS. DSM, INC. AND MARTHA PELLECHIA

    Then and there, by virtue hereof, on the 18th day of December, 2002, in the Town of Killingly, County of Windham, I left with and in the hands of Anthony Pellechia, President of the within named defendant, DSM Inc. at 26 Soap St., Dayville, CT 06241
a true and attested copy of the within original Order to Show Cause, Summons, Complaint with Jury Demand, Plaintiff's Application for Prejudgment Remedy Against Defendant DSM, Inc. and Martha L. Pellechia, Exhibit "1" and Exhibit "A", Exhibit "2" and Exhibit "A", Notice of Application for Prejudgment Remedy, Motion of Disclosure of Assets, Memorandum Etc., Exhibits "A", "B", and "C" and Memorandum of Law in Support of Plaintiff's Application for Prejudgment Remedy Against Defendant DSM, Inc. and Martha L. Pellechia and In Support of Motion for Disclosure of Assets with my endorsement hereon.

    And after, by virtue hereof, and by direction of the plaintiff's attorney, on the 18th day of December, 2002, in the Town of Killingly, County of Windham, I left with and in the hands of Martha Pellecchia at 151 Geer Rd., Killingly, CT a true and attested copy of the within original Order to Show Cause, Summons, Complaint with Jury Demand, Plaintiff's Application for Prejudgment Remedy Against Defendant DSM, Inc. and Martha L. Pellechia, Exhibit "1" and Exhibit "A", Exhibit "2" and Exhibit "A", Notice of Application for Prejudgment Remedy, Motion of Disclosure of Assets, Memorandum Etc., Exhibits "A", "B", and "C" and Memorandum of Law in Support of Plaintiff's Application for Prejudgment Remedy Against Defendant DSM, Inc. and Martha L. Pellechia and In Support of Motion for Disclosure of Assets with my endorsement hereon.

    The within and foregoing is the original Order to Show Cause, Summons, Complaint with Jury Demand, Plaintiff's Application for Prejudgment Remedy Against Defendant DSM, Inc. and Martha L. Pellechia, Exhibit "1" and Exhibit "A", Exhibit "2" and Exhibit "A", Notice of Application for Prejudgment Remedy, Motion of Disclosure of Assets, Memorandum Etc., Exhibits "A", "B", and "C" and Memorandum of Law in Support of Plaintiff's Application for Prejudgment Remedy Against Defendant DSM, Inc. and Martha L. Pellechia and In Support of Motion for Disclosure of Assets with my doings hereon endorsed.

                          ATTEST:    December 19, 2002

                                         _____
                                         Arthur P. Johnston
                                         State Marshal
                                         State of Connecticut

Department of Defense Manpower Data Center

OCT-07-2003 16:41:34



Military Status Report
Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| PELLECCHIA | MARTHA | | | | |

Only name was entered and there was no hit based on the entry of the name. Without the Social Security Number, the DMDC cannot verify completely.

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*[signature: Kenneth C. Scheflen]*

---

Kenneth C. Scheflen, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please send an e-mail to scra.helpdesk@osd.pentagon.mil. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**