UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- x
ABCO REFRIGERATION SUPPLY CORP.,               :   Civil No. 3:02 CV 1893 (PCD)

                     *Plaintiff*,               :

                  -against-               :

DSM, INC. and MARTHA L. PELLECCHIA,               :

                   *Defendants*.               :
------------------------------------------------------------------- x

## AFFIDAVIT OF HERB HOROWITZ IN FURTHER SUPPORT OF PLAINTIFF'S REQUEST TO ENTER JUDGMENT BY DEFAULT

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF QUEENS    )

HERB HOROWITZ, being duly sworn, deposes and says:

1.    I am the Assistant Treasurer of ABCO Refrigeration Supply Corp. ("ABCO"), plaintiff in the above-referenced action. As such, I have personal knowledge of the facts set forth herein.

2.    ABCO submits this affidavit in further support of ABCO's request for a default judgment and to provide additional factual information regarding its claim as directed by the Court in its order dated March 31, 2004, a copy of which is annexed hereto as Exhibit "A".

3.    ABCO is a supplier of refrigeration and air-conditioning equipment based in Long Island City, New York.

4.    By written agreement, dated July 25, 1994 (the "Agreement"), defendant DSM, Inc. ("DSM") agreed to pay ABCO for refrigeration and air-conditioning equipment supplied by ABCO to DSM no later than the tenth day of the month following the month in which DSM was

invoiced for refrigeration and/or air-conditioning equipment it purchased from ABCO (a copy of the Agreement is annexed hereto as Exhibit "B").

5. The Agreement was secured by the personal guaranty of defendant Martha L. Pellecchia ("Pellecchia").

6. On, about or between, January 18, 1999 and January 8, 2002, ABCO supplied DSM with refrigeration and air-conditioning equipment, at prices mutually agreed upon by the parties, and with a reasonable value of $84,356.04.

7. ABCO delivered the refrigeration and air-conditioning equipment to DSM. DSM accepted the refrigeration and air-conditioning equipment and was invoiced for it.

8. Although due and duly demanded, DSM failed to pay ABCO for the refrigeration and air-conditioning equipment.

9. ABCO provided DSM with an account stated which reflected DSM's outstanding balance to date. The account stated was received by DSM and retained without objection being made thereto or any item thereof. (A copy of the account stated is annexed hereto as Exhibit "C").

10. Each entry of the account stated, with the exception of item nos. D0117700 and D1002000, is based on invoices that were sent to DSM. (Copies of the invoices are annexed hereto as Exhibit "D").

11. Item nos. D0117700 and D1002000 represent charge backs to DSM for unauthorized deductions taken by DSM.

12. As evidenced in the foregoing business records of ABCO, DSM owes ABCO $84,356.04 with interest at the contract rate from February 10, 2002 on account of DSM's failure to pay ABCO for the refrigeration and air-conditioning equipment it purchased and received.

13. Upon DSM's failure to pay ABCO, demand pursuant to the personal guaranty was made upon Pellecchia.

14. Although due and duly demanded, Pellecchia failed to pay ABCO pursuant to the personal guaranty and owes ABCO $84,356.04 with interest at the contract rate from February 10, 2002.

WHEREFORE, plaintiff ABCO Refrigeration Supply Corp., requests that judgment be entered, jointly and severally, in favor of plaintiff and against defendants DSM, Inc. and Martha Pellecchia in the amount of $84,356.04 with interest at the contract rate from February 10, 2002.

Herb Horowitz, Assistant Treasurer,
ABCO Refrigeration Supply Corp.

Sworn to before me this
12 day of April 2004

Notary Public

DANIEL CHIU
Notary Public, State of New York
No. 02CH6030293
Qualified in New York County
Commission Expires Sept. 7, 20 05

{G:\WDox\CLIENT\000123\ctl19\00007495.DOC;1}    - 3 -