UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABCO REFRIGERATION SUPPLY CORP., | CIVIL ACTION |
| Plaintiff, | |
| vs. | NO. 3:02 CV 1893 (PCD) |
| DSM, INC. and MARTHA L. PELLECHIA, | |
| Defendants. | APRIL 13, 2004 |

## CERTIFICATION OF SERVICE

Counsel for Plaintiff ABCO Refrigeration Supply Corp. ("Plaintiff" or "ABCO") hereby certifies that, on April 13, 2004, copies of the Affidavit of Herb Horowitz in Further Support of the Motion for Default Judgment, with Exhibits A, B, C and D attached thereto, were mailed to the following:

Mr. Anthony Pellechia
DSM, Inc.
P.O. Box 913
26 Soap Street
Dayville, Connecticut 06241-0913

Ms. Martha L. Pellechia
151 Geer Road
Danielson, Connecticut 06239

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE PLAINTIFF,
ABCO REFRIGERATION SUPPLY CORP.

Dated: April 13, 2004        By: _____
                             Brian D. Rich
                             Federal Bar #ct24458
                             HALLORAN & SAGE LLP
                             One Goodwin Square
                             225 Asylum Street
                             Hartford, Connecticut 06103
                             (860) 522-6103

                                    -and-

                             Daniel Chiu
                             TARTER KRINSKY & DROGIN LLP
                             470 Parker Avenue South, 14th Floor
                             New York, New York 10016
                             (212) 481-3552

-2-

One Goodwin Square           HALLORAN           Phone (860) 522-6103
225 Asylum Street            & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                              Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

    This is to certify that on this 13th day of April, 2004, I hereby sent via United States first class mail a copy of the foregoing Certification of Service to:

Mr. Anthony Pellechia
DSM, Inc.
P.O. Box 913
26 Soap Street
Dayville, Connecticut 06241-0913

Ms. Martha L. Pellechia
151 Geer Road
Danielson, Connecticut 06239

                                                                        Brian D. Rich

444273.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105