UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ABCO REFRIGERATION SUPPLY CORP. | : | |
| Plaintiff, | : | |
| | : | Case No: 3:02cv1893 (PCD) |
| vs. | : | |
| | : | |
| DSM, INC. and MARTHA L. PELLECHIA, | : | |
| Defendants. | : | |

**SUPPLEMENTAL RULING ON MOTION FOR DEFAULT JUDGMENT**

On October 15, 2003, Plaintiff moved for a default judgment [Doc. No. 21] in this action. On March 31, 2004, this Court issued a Ruling [Doc. No. 22] granting that Motion in part and directing Plaintiff to file further documentation with respect to its request for contract damages and interest. Familiarity with that Ruling is presumed.

Plaintiff requested $84,356.04 in contract damages and has now submitted invoices documenting $68,382.22 worth of that sum. The remaining $15,973.82 is not supported by invoices, but purportedly represents "charge backs to DSM for unauthorized deductions taken by DSM." Aff. Herb Horowitz, Assistant Treasurer of ABCO, ¶ 11. No further documentation is provided. A district court in entering a default judgment without an evidentiary hearing must "ensure that there [is] a basis for the damages specified in the default judgment." Transatlantic Marine Claims Agency v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997). The sworn statement of Plaintiff's Assistant Treasurer and the invoices submitted suffice to establish that basis. Furthermore, it is noted that despite having many months to reply to both Plaintiff's initial

Motion for Default Judgment and its supplemental documentation, Defendants have not submitted any objection. Accordingly, Plaintiff is awarded the contract damages it seeks in the amount of $84,356.04.

Pursuant to the parties' contract, Plaintiff also requests interest on the $84,356.04 at the rate of 2% per month from February 10, 2002.[1] Interest at the specified rate amounts to $1,687.12 per month over a period of 30 months and 22 days to total $51,850.84. Accordingly, judgment shall enter in favor of Plaintiff for **$136,206.88**. Pursuant to the contract, see Aff. Herb Horowitz, Exh. B, Defendants may be held jointly and severally liable for that amount.

SO ORDERED.

Dated at New Haven, Connecticut, September  2 , 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court

---

[1] Plaintiff initially sought interest from January 8, 2002, however, in response to the March 31st Ruling, Plaintiff has changed that date to February 10.