**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ABCO REFRIGERATION SUPPLY CORP.

      v.                                                                              Civil No.  3:02 cv 1893 (PCD)

DSM, INC., AND MARTHA L. PELLECCHIA

**DEFAULT JUDGMENT**

This action came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge, as a result of the plaintiff's motion for a default judgment. On March 31, 2004, a Ruling was issued granting the motion for a default judgment in part and directing the plaintiff to file further documentation with respect to it's request for contract damages and interest.  On September 2, 2004, a Supplemental Ruling on Motion for Default Judgment entered awarding plaintiff the contract damages it seeks in the amount of $84,356.04, plus interest in the amount of $51,850.84 for a total amount of $136,206.88.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against the defendants, jointly and severally, in the amount of $136,206.88 and the case is closed.

Dated at New Haven, Connecticut this 9th day of September, 2004.

                                        KEVIN F. ROWE, Clerk
                                        By

                                         /s/

                                        Patricia A. Villano
                                        Deputy Clerk

EOD: _____