UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ABCO REFRIGERATION SUPPLY CORP. | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 302 CV 1893 (PCD) |
| v. | ) ) | |
| DSM, INC., AND MARTHA L. PELLECCHIA, | ) ) ) | |
| Defendant. | ) | September 9, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), moves to withdraw his appearance on behalf of Plaintiff ABCO Refrigeration Supply Co. In support of such motion, the undersigned represents as follows:

1. This attorney previously entered his Appearance on behalf of ABCO Refrigeration Supply Corp.

2. The undersigned is no longer practicing at Halloran & Sage, LLP.

3. Accordingly, the involvement of the undersigned in this matter has terminated.

-2-

      4.    ABCO Refrigeration Supply Corp. is currently represented by Brian D. Rich at Halloran & Sage, LLP.

                               THE PLAINTIFF,
                               ABCO REFRIGERATION SUPPLY CORP.

                               By _____
                               Thomas J. Finn
                               Federal Bar No.: ct20929
                               MCCARTER & ENGLISH, LLP
                               CityPlace I, 36th Floor
                               185 Asylum Street
                               Hartford, CT  06103
                               (860) 275-7002
                               (860) 560-5991 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE has been mailed, postage prepaid, this 9th day of September, 2004 to:

Mr. Anthony Pellecchia
DSM, Inc.
P.O. Box 913
26 Soap Street
Dayville, CT 06241

Ms. Martha L. Pellecchia
151 Geer Road
Danielson, CT 06239

_____
Thomas J. Finn

HARTFORD: 622647.01