UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ABCO REFRIGERATION SUPPLY CORP.   :

V.                                :    Civil No. 3:02 cv 1893 (PCD)

DSM, INC. and MARTHA L. PELLECCHIA :

### APPLICATION TO SUBSTITUTE
### BOND WITH SURETY FOR JUDGMENT LIENS

The defendant, Martha L. Pellecchia (the "Defendant"), hereby moves pursuant to Conn. Gen. Stat. § 52-380e, for an order substituting a one dollar bond with surety for three judgment liens. In support hereof, the Defendant represents:

1.  The three judgment liens that the Defendant seeks to have substituted were recorded by ABCO Refrigeration Supply Corp. (the "Plaintiff") on September 9, 2004 at Volume 969, Pages 73-78, Volume 969, Pages 79-84, and Volume 969, Pages 84-88 of the Town of Killingly Land Records ("Judgment Liens").

2.  The Judgment Liens were recorded by the Plaintiff against the Defendant's interest in the property known as 170 Geer Road, Killingly, Connecticut, which property has been subdivided into four lots known as 170 Geer Road, Lot 1, Lot 2, Lot 3 and Lot 4.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS REQUIRED**

1

3. The Defendant presently owns 170 Geer Road, Killingly, Connecticut, jointly with her husband, Joseph J. Pellecchia, Sr. ("Pellecchia").

4. The Defendant and Pellecchia seek to sell Lot 2 and Lot 3 (together, the "Properties") pursuant to fully executed Land Purchase and Sale Agreements (the "Sale Contracts"). However, pursuant to the Sale Contracts, the Properties cannot be sold without releases of the Judgment Liens by the Plaintiff.

5. The purchase price stated in the Sale Contracts and to be paid by each purchaser equals or exceeds the present market value of the Properties.

6. The encumbrances prior to the Judgment Liens recorded against the Properties fully encumber the Properties such that there is no equity for the benefit of the Plaintiff in the Properties.

7. Conn. Gen. Stat. § 52-380e provides a court with the authority to compel the release of a judgment lien when substituted with "(1) a bond with surety or (2) a lien on any other property of the judgment debtor which has an equal or greater net equity value than the amount secured by the lien." Additionally, when prior encumbrances fully encumber or exceed the value of the property at issue, the judgment creditor's lien is worthless. Bankers Trust v. Neal, 779 A.2d 813, 816 (Conn. App. Ct. 2001).

2

8.   Therefore, the Defendant now requests that this Court order the substitution of a one dollar bond with surety, in favor of the Plaintiff, in exchange for the release of the Judgment Liens.

9.   In support of this motion, the Defendant submits herewith her Memorandum of Law in Support of Application for Substitution of Bond with Surety for Judgment Lien.

**WHEREFORE**, the Defendant, Martha L. Pellecchia, respectfully requests that this Court order the substitution of a bond with surety in favor of the Plaintiff for the Judgment Liens, and further order the Plaintiff to execute and deliver to the Defendant releases of the Judgment Liens, and grant such other and further relief as this Court deems just and proper.

Dated this 3rd day of June, 2005 at Bridgeport, Connecticut.

THE DEFENDANT,
MARTHA L. PELLECCHIA

By: *Nicole L Barber*
Stephen M. Kindseth (ct14640)
Nicole L. Barber (ct22977)
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT  06605-0186
(203) 368-4234
Her attorneys

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ABCO REFRIGERATION SUPPLY CORP.     :

V.                                   :       Civil No. 3:02 cv 1893 (PCD)

DSM, INC. and MARTHA L. PELLECCHIA   :

### CERTIFICATION OF SERVICE

This is to certify that I sent a copy of the foregoing, via first-class mail, postage prepaid, on the 3rd day of June, 2005, to the following parties:

Michael Wrona, Esq.
Halloran & Sage, L.L.P.
225 Asylum Street
Hartford, CT 06103-4303

_____
Nicole L. Barber