UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ABCO REFRIGERATION SUPPLY CORP., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02 CV 1893 (PCD) |
| | : | |
| V. | : | |
| | : | |
| DSM, INC. and MARTHA L. PELLECHIA, | : | |
| Defendants. | : | JUNE 17, 2005 |

## **APPEARANCE**

Please enter my Appearance as Attorney for the plaintiff, ABCO Refrigeration Supply Corp., in the above-entitled case.

Dated at Hartford, Connecticut this 17th day of June 2005.

PLAINTIFF,
ABCO REFRIGERATION SUPPLY CORP.


By_____/s/_____
Michael S. Wrona
Federal Bar #ct24105
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
(860) 548-0006 (fax)



## **CERTIFICATION**

      This is to certify that on this 17th day of June 2005, I hereby mailed a copy of the foregoing to:

Stephen M. Kindseth, Esq.
Nicole L. Barber, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

and a copy was sent via certified mail to:

Daniel Chiu
Tarter, Krinsky & Drogin, LLP
470 Parker Avenue South
14th Floor
New York, New York 10016

                                    /s/
                              Michael S. Wrona

701163_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105