# United States District Court

ABCO Refrigeration Supply Corp __ DISTRICT OF __

v.

DSM Inc, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02 CV 1893 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Michael Wrona | Nicole Barber |

| ~~TRIAL~~ DATE(S) | ~~COURT REPORTER~~ ECRO | COURTROOM DEPUTY |
|---|---|---|
| June 22, 2005 | K. Falcone | B. Rodko |

| PLF. NO. | DEF. NO. | DATE ~~OFFERED~~ | ~~MARKED~~ | ~~ADMITTED~~ | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 6/22/05 | | | Anthony Pellecchia, Killingly, CT |
| | X | 6/22/05 | | | David Cournoyer, Killingly, CT |

[Court stamp: United States District Court, District of Connecticut, Filed at New Haven, 6/22/05, B. Rodko, Deputy Clerk]

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages