# DISTRICT OF CONNECTICUT

ABCO Refrigeration

v

DSM Inc, et al

**APPEARANCE**

CASE NUMBER: 3:02CV1893(PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Martha Pulluchia

___06/22/05___
Date

ct __22977__
Bar Number

_Nicole L Barber_
Signature

_Nicole L Barber_
Print Name

_Zeisler & Zeisler, PC_
Firm Name

_558 Clinton Ave_
Address

_Bridgeport,    CT    06605_
City              State       Zip Code

_203-368-4234_
Phone Number

I hereby certify that copies have been mailed/handed to counsel of record as listed below, this date

Michael Wrona, Esq.
One Goodwin Sq.
225 Asylum St
Hartford, CT 06103

_Nicole L Barber_
Signature