UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ABCO REFRIGERATION SUPPLY CORP., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02 CV 1893 (PCD) |
| | : | |
| V. | : | |
| | : | |
| | : | |
| DSM, INC. and MARTHA L. PELLECHIA, | : | |
| Defendants. | : | |

## APPLICATION FOR AND WRIT OF EXECUTION

## BANKING INSTITUTION

To the United States District Court for the District of Connecticut at Connecticut, 141 Church Street, New Haven, Connecticut 06510, in connection with a judgment therein on September 2, 2004, Docket No. 3:02CV1893 (PCD), ABCO Refrigeration Supply Corp. v. DSM, Inc., et al.

NAME AND ADDRESS OF BANKING INSTITUTION:

Putnam Savings Bank
125 Wauregan Road
Danielson, CT 06239

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:

ABCO Refrigeration Supply Corp. of Long Island City, New York

NAME OF JUDGMENT DEBTOR:

DSM, Inc. of Dayville, CT

1.   AMOUNT OF JUDGMENT:  $84,356.004
2.   AMOUNT OF COSTS: $0
3.   AMOUNT OF INTEREST (if applicable):  $51,850.84
4.   TOTAL JUDGMENT AND COSTS:  $136,206.88
5.   TOTAL PAID ON ACCOUNT:  $0
6.   TOTAL UNPAID JUDGMENT:  $136,206.88

_____
Michael S. Wrona, Esq.                          Date:  October 4, 2005
Federal Bar No. ct24105
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06106

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street          &SAGE LLP          Fax (860) 548-0006
Hartford, CT 06103                              Juris No. 26105

## E X E C U T I O N

**TO ANY PROPER OFFICER:**

Whereas on said date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named court for the amount of damages and costs above, as appears on record, whereof execution remained to be done. These thereby Authority Of The United States To Command You:

_____ **IF JUDGMENT DEBTOR IS A NATURAL PERSON:**

Within seven days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your county, or is such main office is not within your county and such banking institution has one or more branch offices within your county, upon an employee of such a branch office, such employee and such branch office having been designated by the banking commissioner, for payment to you pursuant to section 52-367(b) of the general statutes of any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the bank institution officer upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of section 52-367(b) of the general statutes.

_____ **IF DEBTOR IS OTHER**

Make demand upon the main office of any banking institution having its main office within your county, or if such main office is not within your county and such bank institution has one or more branch offices within your county, upon an employee of such branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the banking commissioner, for payment to you of any debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment, from its date until the time when this execution is satisfied, plus your own fees. Said sum shall be received by you and applied on this execution. After having made such demand you are directed to serve a true and attested copy hereof, with your doings thereon endorsed, with the banking institution office upon whom such demand was made.

**HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.**

DATED AT                              , CONNECTICUT THIS       DAY OF                              ,         .

KEVIN F. ROWE, CLERK

BY _____
DEPUTY CLERK