UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABCO REFRIGERATION SUPPLY CORP. | : |
| Plaintiff | : |
| V. | :  Civil No. 3:02 cv 01893 (PCD) |
| DSM, INC. and MARTHA L. PELLECCHIA | : |
| Defendant | : |

## APPEARANCE

Please enter the appearance of Stephen M. Kindseth, Esq., Zeisler & Zeisler, P.C., 558 Clinton Avenue, P.O. Box 3186, Bridgeport, CT 06605, as counsel for the Defendants, DSM, Inc. and Martha L. Pellecchia, in the above-entitled matter.

Dated at Bridgeport, Connecticut, this 17th day of October, 2005.

THE DEFENDANTS,
DSM, INC. and MARTHA L. PELLECCHIA

By _____
Stephen M. Kindseth (ct14640)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, Ct  06605-0186
(203) 368-4234
skindseth@zeislaw.com

### CERTIFICATION OF SERVICE

I, Stephen M. Kindseth, hereby certify that on this 17th day of October, 2005, I served a copy of the foregoing by first class, postage prepaid, U.S. Mail to:

Michael Wrona, Esq.
Brian D. Rich, Esq.
Halloran & Sage, L.L.P.
225 Asylum Street
Hartford, CT 06103-4303

*[signature]*
Stephen M. Kindseth